■ In the Matter of JAMES J. HEALY, an Attorney.— Motion for an order suspending the execution of the order of this court, entered June 9, 1960, or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ NICHOLAS A. KARGER v. PIERRE F. NESI et al.— Motion by defendant-appellant, Pierre F. Nesi, for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Motion by defendant-appellant, Sid Farber, for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

■ LEO NAVARA v. M. WITMARK & SONS et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ AMERICAN BLOWER CORPORATION v. JAMES TALCOTT, INC., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., McNally, Stevens and Bastow, JJ.

■ MURIEL D. KELLER v. QUAD REALTY CORP. et al. and ELIZABETH SEVERSKY. NORC REALTY CORP., Appellant; EDWARD V. LOUGHLIN, as Referee, Respondent.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ABBOTT MAINTENANCE CORPORATION AND INSTALMENT DEPARTMENT, INC.— Motion by plaintiff-appellant, The People of the State of New York, for leave to appeal to the Court of Appeals denied, with $10 costs. Motion by defendant-respondent, Abbott Maintenance Corp., for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, Stevens and Bergan, JJ.

■ In the Matter of ROBERT B. BLAIKIE. STATE HARNESS RACING COMMISSION, Respondent; ROOSEVELT RACEWAY, INC., et al., Intervenors-Respondents.— Motion for an order, pursuant to section 593 of the Civil Practice Act, certifying that a constitutional question is directly involved herein or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ANDREW W. PLESS et al., v. NATIONWIDE MUTUAL INSURANCE COMPANY.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of SOUTHSIDE HOSPITAL against THOMAS THACHER, as Superintendent of Insurance of the State of New York.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Valente, Stevens and Bergan, JJ.

■ LUCIA OALE-VALLE et al. v. JOHANN BETCHER.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ FRANK CHISHOLM et al. v. BERNARD R. LIEBERMAN, as Receiver. LEOANZO SIMMONS v. BERNARD R. LIEBERMAN, as Receiver. JONAH MITCHELL v. BERNARD R. LIEBERMAN, as Receiver.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.